# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| **BLITZSAFE TEXAS, LLC,** | § § § | Case No. 2:19-cv-00403-JRG |
| Plaintiff, | § § § | |
| v. | § § § | **JURY TRIAL DEMANDED** |
| **NAVISTAR, INC. and NAVISTAR INTERNATIONAL CORP.,** | § § § § § | |
| Defendants. | § § § | |

## JOINT MOTION FOR ENTRY OF AGREED DISCOVERY ORDER

Pursuant to the Court's Order Setting the Scheduling Conference (Dkt. 21), the undersigned parties jointly and respectfully request that the Court enter the Proposed Discovery Order, attached hereto as Exhibit A.

Dated: June 1, 2020

**BROWN RUDNICK LLP**

/s/ Alfred R. Fabricant
Alfred R. Fabricant
NY Bar No. 2219392
Email: afabricant@brownrudnick.com
Peter Lambrianakos
NY Bar No. 2894392
Email: plambrianakos@brownrudnick.com
Vincent J. Rubino, III
NY Bar No. 4557435
Email: vrubino@brownrudnick.com
Joseph M. Mercadante
NY Bar No. 4784930
Email: jmercadante@brownrudnick.com
Alessandra C. Messing
NY Bar No. 5040019
Email: amessing@brownrudnick.com
Daniel J. Shea
NY Bar No. 5430558
Email: dshea@brownrudnick.com
**BROWN RUDNICK LLP**

7 Times Square
New York, New York 10036
Telephone: (212) 209-4800
Facsimile: (212) 209-4801

Samuel F. Baxter
State Bar No. 01938000
Email:  sbaxter@mckoolsmith.com
Jennifer L. Truelove
State Bar No. 24012906
Email:  jtruelove@mckoolsmith.com
**MCKOOL SMITH, P.C.**
104 E. Houston Street, Suite 300
Marshall, Texas 75670
Telephone: (903) 923-9000
Facsimile: (903) 923-9099


**ATTORNEYS FOR PLAINTIFF
BLITZSAFE TEXAS, LLC**


 */s/ Matthew Satchwell (With permission)*
Matthew Satchwell
Illinois Bar No. 6290672
Email: matthew.satchwell@us.dlapiper.com
Paul R. Steadman
Illinois Bar No. 6238160
Email: paul.steadman@us.dlapiper.com
**DLA PIPER LLP (US)**
444 West Lake Street, Suite 900
Chicago, IL 60606-0089
Telephone: (312) 368-2111
Facsimile: (312) 236-7516

Dawn M. Jenkins
State Bar No. 24074484
Email: dawn.jenkins@us.dlapiper.com
**DLA PIPER LLP (US)**
1000 Louisiana, Suite 2800
Houston, TX 77002
Telephone: (713) 425-8454
Facsimile: (713) 300-6054

**ATTORNEYS FOR DEFENDANTS
NAVISTAR, INC. AND NAVISTAR
INTERNATIONAL CORPORATION**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 1, 2020, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

                                           */s/ Alfred R. Fabricant*
                                              Alfred R. Fabricant