**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| **BLITZSAFE TEXAS, LLC,** | § § § | |
| **Plaintiff,** | § § § | **Case No. 2:19-cv-00403-JRG** |
| **v.** | § § § | <u>**JURY TRIAL DEMANDED**</u> |
| **NAVISTAR, INC. and NAVISTAR INTERNATIONAL CORP.,** | § § § § | |
| **Defendants.** | § § § | |

<u>**JOINT MOTION FOR ENTRY OF AGREED E-DISCOVERY ORDER**</u>

Pursuant to the Court's Scheduling Order dated June 2, 2020 (Dkt. 29), Plaintiff Blitzsafe

Texas, LLC ("Blitzsafe") and Defendants Navistar, Inc. and Navistar International Corp.

(collectively "Navistar"), jointly and respectfully request that the Court enter the proposed E-

Discovery Order, attached hereto as Exhibit A.

Dated: July 2, 2020

Respectfully submitted,

*/s/ Peter Lambrianakos*
Peter Lambrianakos
NY Bar No. 2894392
Email: plambrianakos@fabricantllp.com
Joseph M. Mercadante
NY Bar No. 4784930
Email: jmercadante@fabricantllp.com
**FABRICANT LLP**
230 Park Avenue, 3rd Floor W.
New York, NY 10169
Telephone: (646) 797-4353
Facsimile: (212) 257-5796

Samuel F. Baxter
Texas Bar No. 01938000
sbaxter@mckoolsmith.com
Jennifer L. Truelove
Texas Bar No. 24012906

jtruelove@mckoolsmith.com
**MCKOOL SMITH, P.C.**
104 E. Houston Street, Suite 300
Marshall, Texas 75670
Telephone: (903) 923-9000
Facsimile: (903) 923-9099

**ATTORNEYS FOR PLAINTIFF
VOCALIFE LLC**


 */s/ Matthew Satchwell (With permission)*
Matthew Satchwell
Illinois Bar No. 6290672
Email: matthew.satchwell@us.dlapiper.com
Paul R. Steadman
Illinois Bar No. 6238160
Email: paul.steadman@us.dlapiper.com
**DLA PIPER LLP (US)**
444 West Lake Street, Suite 900
Chicago, IL 60606-0089
Telephone: (312) 368-2111
Facsimile: (312) 236-7516


Dawn M. Jenkins
State Bar No. 24074484
Email: dawn.jenkins@us.dlapiper.com
**DLA PIPER LLP (US)**
1000 Louisiana, Suite 2800
Houston, TX 77002
Telephone: (713) 425-8454
Facsimile: (713) 300-6054

**ATTORNEYS FOR DEFENDANTS
NAVISTAR, INC. AND NAVISTAR
INTERNATIONAL CORPORATION**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 2, 2020, all counsel of record who are

deemed to have consented to electronic service are being served with a copy of this document via

the Court's CM/ECF system per Local Rule CV-5(a)(3).


/s/ *Peter Lambrianakos*
Peter Lambrianakos